| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No. 2:07-0128-FCD |
| v. ) | |
| ) | |
| CURTIS LYNN MARTINEZ ) | |
| ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum      ( ) Ad Testificandum

Name of Detainee:   CURTIS LYNN MARTINEZ
Detained at (custodian):

Detainee is:   a.)   (X) charged in this district by: (X) Indictment ( ) Information ( ) Complaint
        charging detainee with: 18 U.S.C. §§ 371, 1708, 1344(2), 18 U.S.C. § 1708, 18 U.S.C. § 1029(a)(3), 18 U.S.C. § 1344(2) - 22 Counts, 18 U.S.C. § 1028A(a)(1) - 6 Counts

    or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ( ) return to the custody of detaining facility upon termination of proceedings
     or   b.)   (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ MICHELLE RODRIGUEZ |
| Printed Name & Phone No: | MICHELLE RODRIGUEZ, Tel: 916-554-2700 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum      ( ) Ad Testificandum

   The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 9/13/07              /s/ Gregory G. Hollows

martinez128.ord             United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male | |
| Booking or CDC #: | F001901 | DOB: | |
| Facility Address: | Deuel Vocational Institute | Race: | Hispanic |
| | 23500 Kasson Road | FBI #: | |
| | Tracy, California 95376 | | |
| Facility Phone: | (209) 835-4141 | | |
| Currently Incarcerated For: | Possession for sale of a controlled substance non narcotic | | |
| | Import/sale/transportation of a controlled substance | | |

### RETURN OF SERVICE

Executed on _____    By: _____
                         (Signature)