| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| CURTIS LYNN MARTINEZ | ) |
| | ) |

CR. No. 2:07-0128-FCD

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
         (X) Ad Prosequendum             () Ad Testificandum

Name of Detainee:   CURTIS LYNN MARTINEZ
Detained at (custodian):

Detainee is:        a.)     (X) charged in this district by:   (X) Indictment  () Information  () Complaint
                              charging detainee with: 18 U.S.C. §§ 371, 1708, 1344(2), 18 U.S.C. § 1708, 18 U.S.C. § 1029(a)(3), 18 U.S.C. § 1344(2) - 22 Counts, 18 U.S.C. § 1028A(a)(1) - 6 Counts

        or   b.)     () a witness not otherwise available by ordinary process of the Court

Detainee will:     a.)     () return to the custody of detaining facility upon termination of proceedings
        or   b.)     (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

                              Signature:    /s/ MICHELLE RODRIGUEZ
                              Printed Name & Phone No:    MICHELLE RODRIGUEZ, Tel: 916-554-2700
                              Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS

         (X) Ad Prosequendum             () Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 9/24/07                              /s/ Gregory G. Hollows

martinez.ord                           United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable):                            Male
Booking or CDC #:    F001901                  DOB:
Facility Address:    Sacramento County Jail         Race:   Hispanic
                        651 I Street                  FBI #:
                        Sacramento, California   95814
Facility Phone:    (916) 874-6752
Currently Incarcerated For:    Possession for sale of a controlled substance non narcotic
                        Import/sale/transportation of a controlled substance

### RETURN OF SERVICE

Executed on                            By:
                                              (Signature)