**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Curtis Martinez

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:07-cr-0128 FCD |
| ) Plaintiff, ) | STIPULATION AND ORDER RESCHEDULING STATUS CONFERENCE |
| vs. ) | |
| ) CURTIS MARTINEZ ) | Date: November 13, 2007 Time: 10:00 AM Court: FCD |
| ) Defendant ) | |

    The defendant set forth above is charged with conspiracy to commit bank fraud and to possess stolen mail. Mr. Martinez is in federal pretrial custody housed at the Sacramento County Jail.

    There are issues in this case relating to the type and amounts of the alleged conspiracy which have yet to be resolved and the parties are working to foster resolution short of trial.

    Accordingly, it is hereby stipulated by all parties that the status conference in this matter, which is scheduled for October 29, 2007, be continued to, November 13, 2007 at 10:00 AM.

I declare under penalty of perjury that the foregoing is true and correct.

Signed at Sacramento, California on October 26, 2007.

<pre>
                              /S/MICHAEL B. BIGELOW
                              Michael B. Bigelow
                              Attorney for Defendant, Martinez
</pre>

**STIPULATION**

It is hereby stipulated by and between the parties through their respective counsel that the status conference in the above-entitled case presently set for October 29, 2007 at 10:00 AM be continued without appearance, for the reasons set forth above, to **November 13, 2007 at 10:00 a.m.**

The parties further stipulate that time included in this continuance be excluded pursuant to Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Codes T4) through November 13, 2007 in the interest of justice to allow the defense time to prepare and to negotiate and reach, if possible, an appropriate plea bargain.

/S/ MICHELLE RODRIGUEZ, Esq.            October 26, 2007
Michelle Rodriguez,
Assistant United States Attorney
Counsel the United States

/S/ MICHAEL BRADY BIGELOW, Esq.         October 26, 2007
Michael B. Bigelow
Counsel for Martinez

**ORDER**

**GOOD CAUSE APPEARING** and upon the stipulation of the parties,

**IT IS HEREBY ORDERED** that the status conference in the above entitled case, presently scheduled for October 29, 2007, be continued without appearance to **November 13, 2007 at 10:00 AM.**

It is further ordered that time be excluded through November 13, 2007 pursuant to the Speedy Trial Act exclusion sections set forth in the stipulation above.

**IT IS SO ORDERED**

DATED: October 26, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE